JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| Krystal Gayden, | |
| --- | --- |
| Plaintiffs, | |
| v. | Case No. EDCV 19-410 JGB (KKx) |
| Kohl's Department Stores, Inc., et al. | |
| Defendant. | **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Terminating Sanctions by Kohl's Department Stores, Inc. is GRANTED. Plaintiff Krystal Gayden's complaint against Defendants is DISMISSED.

Judgment is entered in favor of Defendants.

Dated: April 8, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge